

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMM:CAO
F.#2010R02249

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

April 12, 2012

<u>Filed Via ECF</u>

The Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
1020 Federal Plaza
Central Islip, NY 11722

   Re: <u>United States v. Teresa Frascogna and LeAnthony</u>
     <u>Byrams</u>
     <u>Criminal Case No. 11-093 (ADS)</u>

Dear Judge Spatt:

  The defendants are scheduled to be sentenced on May 11, 2012.  On the consent of both defendants, and after consulting with your courtroom deputy, the government hereby requests that the sentencing hearings be rescheduled to June 1, 2012 at 10:00 in the morning, for Teresa Frascogna, and 10:30 in the morning, for LeAnthony Byrams.

  Please do not hesitate to contact me if you have any questions or concerns.

           Respectfully submitted,

           LORETTA E. LYNCH
           United States Attorney

        By: <u>/s        </u>
          Christopher A. Ott
          Assistant U. S. Attorney

cc: Tracey Gaffey, Esq. (ECF)
   William Wexler, Esq. (ECF)